IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN PEARL, | : | |
| Petitioner, | : | 1:16-cv-0689 |
| v. | : | Hon. John E. Jones III |
| | : | |
| DEPUTY WARDEN LARSON, PA | : | |
| STATE ATTORNEY GENERAL, | : | |
| Respondents. | : | |

## ORDER

**August 10, 2016**

**NOW THEREFORE**, upon consideration of the petition (Doc. 1) for writ

of habeas corpus, and in accordance with the Court's Memorandum of the same

date, it is hereby **ORDERED** that:

1. The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. §
   2254 is DENIED as time-barred by the statute of limitations. *See* 28
   U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28
   U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge